In the Matter of the Claim of PHILIP J. BENJAMIN,
    Respondent, against ROSENBERG BROS., Defendant,
and UNITED STATES CASUALTY COMPANY, Appellant.
        STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of Benjamin* v. *Rosenberg Bros.*, 180 App. Div. 234, affirmed.
(Argued February 26, 1918; decided March 19, 1918.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
December 17, 1917, affirming an award of the state
industrial commission, made under the Workmen's
Compensation Law. The claimant was injured through
being thrown from an automobile which he was using in
the course of his business of salesman. The controversy
centers around the question as to whether the claimant
was an employee of the defendant Rosenberg Brothers, or
of Philip Rosenberg, who was a brother of the Rosenberg
Brothers, but not a member of the firm. I. H. Rosen-
berg, one of the firm, testified that he made an arrange-
ment with Philip Rosenberg to hire a salesman as an
inducement to sell more merchandise, and that Philip
Rosenberg was to pay Benjamin's salary and expenses,
and was to be reimbursed with merchandise for what-
ever he paid Benjamin. This arrangement included
paying the chauffeur of the automobile and for gasoline.
This is corroborated by Philip Benjamin, the claimant,
who says he was introduced to Philip Rosenberg and was
paid by him and the latter was reimbursed by goods that
he obtained from the firm. The state industrial com-
mission found that the claimant was employed by Rosen-
berg Brothers, and that the accident arose out of and
in the course of the employment.

*William H. Hotchkiss* for appellant.

*Merton E. Lewis, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, CARDOZO, POUND and ANDREWS, JJ.